**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| **American Export Group Limited** | ) | |
| **Partnership, et al.,** | ) | **Civil Action No. 2:99-1124-CWH** |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On April 16, 1999, the plaintiffs commenced this action. On August 4, 2004, the Court dismissed the complaint because the plaintiffs did not present a justiciable controversy. On August 31, 2004, the plaintiffs filed a motion to reconsider, and on December 16, 2004, the plaintiffs filed a motion to change venue to the Central District of California.

The plaintiffs claim that this action could have been brought in the Central District of California and the action should be transferred for the convenience of the parties and judicial efficiency. The complaint, however, has been dismissed, and the motion to transfer venue is moot.

On September 14, 2005, the Court granted the plaintiffs' motion for reconsideration allowing the plaintiffs 10 days to file a motion to amend their complaint. As a result, a motion to transfer venue at this time is also premature. The Court therefore denies the motion to transfer venue with leave to file a new motion if the complaint is amended and the action is re-opened.

**AND IT IS SO ORDERED**.

_C. Weston Houck_
_____

September 27, 2005                    **C. WESTON HOUCK**
Charleston, South Carolina            **UNITED STATES DISTRICT JUDGE**